# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

UNITED STATES OF AMERICA
v.

JORDAN LEE BELL

Case Number: **4:17-MJ-320**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 7 2017

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

### ORDER OF TEMPORARY DETENTION AND SCHEDULING DETENTION AND PRELIMINARY HEARING

Upon motion of the Assistant United States Attorney, it is ordered that a detention[1] and preliminary hearing is set for Wednesday, April 12, 2017 at 11:00 a.m. before United States Magistrate Judge Jeffrey L. Cureton, 501 W. 10th Street, Fort Worth, Texas. All attorneys are required to appear in court 15 minutes prior to the hearing.

It is further ordered that pending this hearing, the defendant shall be detained in the custody of the United States Marshal and produced for the hearing set forth above.

Signed: April 7, 2017

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the detention hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. Section 3142(f)(2).