AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION

UNITED STATES
V.
JORDAN LEE BELL

**EXHIBIT AND WITNESS LIST**

Case Number: 4:17-MJ-320

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 12 2017
CLERK, U.S. DISTRICT COURT
Deputy

| PRESIDING JUDGE<br>CURETON | PLAINTIFF'S ATTORNEY<br>MEGAN FAHEY | DEFENDANT'S ATTORNEY<br>MICHAEL LOWE |
|---|---|---|
| TRIAL DATE(S)<br>04/12/2017 | COURT REPORTER<br>digital | COURTROOM DEPUTY<br>JULIE HARWELL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| A | | 4/12/2017 | YES | YES | Screen Shot from computer | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| B | | 4/12/2017 | YES | YES | Redacted Photos | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| C | | 4/12/2017 | YES | YES | Redacted Screen Shot of Video | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| D | | 4/12/2017 | YES | YES | Photo | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| E | | 4/12/2017 | YES | YES | Photo | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| F | | 4/12/2017 | YES | YES | Screen Shot of videos | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| G | | 4/12/2017 | YES | YES | 3 photos | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| H | | 4/12/2017 | YES | YES | Screen Shot | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| I | | 4/12/2017 | YES | YES | Screen Shot | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| J | | 4/12/2017 | YES | YES | email | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |
| | | | | | Returned to Offering Party _____ Received by: _____ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# IMGSRC.RU albums of VENAQUINIAMI

Login here to upload photos!

email hidden, contact via comments
Registered on 2015-05-09

Rambler's Top100

IMGSRC.RU - photo host proudly online since 2006. © IMGSRC.RU team. All photos are © their respective posters/owners. TOS/FAQ



CARDELS 800-783-0399

GOVERNMENT
EXHIBIT
A










CARDELS 800-783-0399
GOVERNMENT EXHIBIT
E

GOVERNMENT
EXHIBIT



