ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-17CR- 58Y |
| JORDAN LEE BELL (01) | |

## INDICTMENT

The Grand Jury Charges:

### Count One

Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. § 2252(a)(4)(B))

On or about February 14, 2017, in the Fort Worth Division of the Northern District of Texas, defendant **Jordan Lee Bell** knowingly possessed matter that contains any visual depiction which had been shipped and transported using any means and facility of interstate or foreign commerce and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Specifically, **Bell** possessed one Kingwin desktop computer, bearing serial number 006216209707, containing the following described files visually depicting a prepubescent minor engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minor, as defined in 18 U.S.C. § 2256:

| File Name | File Description |
|---|---|
| 557489.mp4 | A video of a nude female toddler and a nude adult couple. During the video, the adult male attempts to engage in anal intercourse with the toddler. |
| 0525.mp4 | A video of a prepubescent male child who is approximately 5 to 7 years old. During the video, the child performs oral sex on an adult male. |

In violation of 18 U.S.C. § 2252(a)(4)(B).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Jordan Lee Bell** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. One Kingwin desktop computer, bearing serial number 006216209707
2. Apple iPad, serial number DMTGL72CDFHW
3. Apple iPhone, IMEI: 358371067472483
4. SanDisk Ultra Flair 64GB Flash Drive.

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
MEGAN J. FAHEY
Assistant United States Attorney
Texas Bar No. 24043655
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Indictment – Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JORDAN LEE BELL   (01)

INDICTMENT

18 U.S.C. § 2252(a)(4)(B)
Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
Count 1

18 U.S.C. § 2253
Forfeiture Notice

A true bill rendered

FORT WORTH                                                                     FOREPERSON

Filed in open court this 12th day of April, 2017.

**Defendant in Federal Custody since April 6, 2017**

UNITED STATES MAGISTRATE JUDGE
(Magistrate Number: 4:17-MJ-320)