UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 26 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Type hearing: Arraignment - NON-EVIDENTIARY
Case number: 4:17.CR.058-Y
Defendant: JORDAN LEE BELL (1),
Court Reporter: Ana Warren
Interpreter: N/A
US attorney: Megan J Fahey — Dan Cole
Defense attorney: Michael C Lowe — not present
Time in Court: 2 min.
Judge: Magistrate Judge Jeffrey L. Cureton
Date of hearing: April 26, 2017
Status: JORDAN LEE BELL (1) the Court entered a plea of not guilty as to count one for Deft. charged in the one-count indictment
Pre-Trial Conference is set for June 15, 2017, at 3:00 p.m.
Trial is set for June 19, 2017, at 1:30 p.m.
Deft's detention continued.
~~Defendant waived reading of the indictment~~
Days in Court: one
Hearing concluded: Yes
Deputy Clerk: Julie Harwell

Other Information: _____