IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                  No. 4:17-CR-058-Y

JORDAN LEE BELL   (01)

GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding

Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance

of Responsibility, and that his offense level is 16 or greater, the Government moves that

the Defendant receive an additional third point reduction for Acceptance of

Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted

authorities in the investigation or prosecution of his own misconduct by timely notifying

authorities of his intention to enter a plea of guilty, thereby permitting the government to

avoid preparing for trial and permitting the government and the court to allocate their

resources efficiently.

**Acceptance of Responsibility - Page 1**

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

 /s/ Megan J. Fahey
MEGAN J. FAHEY
Assistant United States Attorney
State Bar No. 24043655
Burnett Plaza, Suite 1700
801 Cherry Street, Unit No. 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
megan.fahey@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Michael Lowe, counsel for the defendant and a copy to the U.S. Probation Office.

/s/ Megan J. Fahey
MEGAN J. FAHEY
Assistant United States Attorney

**Acceptance of Responsibility - Page 2**