ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 4 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

JORDAN LEE BELL (01)

No. 4:17-CR-058-Y

## FACTUAL RESUME

**INDICTMENT:**

    Count One:   Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(4)(B)

    Forfeiture

**PLEA:**

    Guilty plea to Count One, Forfeiture

**MAXIMUM PENALTY:**

- term of imprisonment for not more than 20 years;
- a fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss;
- a mandatory special assessment of $100;
- an additional mandatory special assessment of $5,000 must also be imposed pursuant to 18 U.S.C. § 3014 for offenses occurring on or after May 29, 2015, unless the Court finds the defendant to be indigent;
- a term of supervised release of five (5) years up to any term of years to life. Revocation of the term of supervised release could result in an additional sentence of up to the term of supervised release;
- restitution to victims or to the community, which may be mandatory under the law;
- forfeiture; and
- costs of incarceration and supervision.

## ELEMENTS OF THE OFFENSE:

In order to establish the offense alleged in Count One of the Indictment, the Government must prove the following elements beyond a reasonable doubt:

First:   That the defendant did knowingly possess matter that contained any visual depiction of a minor engaging in sexually explicit conduct, as alleged in the Indictment;

Second:   That the matter was produced using material that had been mailed, shipped or transported in interstate or foreign commerce, including by computer;

Third:   That the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct;

Fourth:   That such visual depiction was of a minor engaged in sexually explicit conduct;

Fifth:   That the defendant knew that such visual depiction was of sexually explicit conduct and that at least one of the persons engaged in sexually explicit conduct in such visual depiction was a minor; and

Sixth:   One of the visual depictions the defendant possessed depicted a prepubescent minor engaged in sexually explicit conduct.

## STIPULATION OF FACTS:

1.   On or about February 14, 2017, in the Fort Worth Division of the Northern District of Texas, defendant Jordan Lee Bell knowingly possessed matter that contains any visual depiction, which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, and such visual depiction was of such conduct. Specifically, Bell possessed one Kingwin desktop computer, bearing serial number 006216209707, containing files visually depicting minors, to include prepubescent minors, engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minor, as defined in 18 U.S.C. § 2256, to include the following:

| File Name | File Description |
|---|---|
| 557489.mp4 | A video of a nude female toddler and a nude adult couple. During the video, the adult male attempts to engage in anal intercourse with the toddler. |
| 0525.mp4 | A video of a prepubescent male child who is approximately 5 to 7 years old. During the video, the child performs oral sex on an adult male. |

2. On February 14, 2017, agents from Homeland Security Investigations (HSI) executed a search warrant at Bell's residence. The officers collected evidence, including various electronic devices found at the residence. Among the items seized was one Kingwin desktop computer, bearing serial number 006216209707.

3. A forensic review of the desktop computer revealed the presence of the video files described in paragraph one. Bell knew that the files depicted real minors, to include prepubescent minors, and that the minors were engaged in sexually explicit conduct. Bell acknowledges that he used file-sharing software to download child pornography.

4. Bell stipulates to and agrees that Kingwin computer towers are manufactured and assembled outside of the State of Texas. The Kingwin desktop computer identified in paragraph 1 bears a sticker stating "Made in China". Bell agrees that the Kingwin desktop computer he possessed that contained the previously described visual depictions was manufactured outside the state of Texas, and was, accordingly, mailed, shipped or transported in or affecting interstate and foreign commerce.

5. Bell agrees that he used the Kingwin desktop computer set forth in paragraph 1 to facilitate the offense of possession of child pornography.

SIGNED and AGREED to on this the _____ day of _____, 2017.

_____  _____
JORDAN LEE BELL            MICHAEL LOWE
Defendant                  Attorney for Defendant

I have been advised, and understand, that under the Sex Offender Registration and Notification Act, a federal law, I must register and keep the registration current in each of the following jurisdictions: where I reside; where I am an employee; and where I am a student. I understand that the requirements for registration include providing my name, my residence address, and the names and addresses of any places where I am or will be an employee or a student, among other information. I further understand that the requirement to keep the registration current includes informing at least one jurisdiction in which I reside, am an employee, or am a student not later than three business days after any change of my name, residence, employment, or student status. I have been advised, and understand, that failure to comply with these obligations subjects me to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment or both.

_____  _____5/30/17_____
JORDAN LEE BELL                              Date
Defendant


I am the defendant's counsel. I have carefully reviewed every part of this Factual Resume with the defendant, including the notice that he is required to register as a sex offender. To my knowledge and belief, my client's decision to enter into this Factual Resume is an informed and voluntary one.

_____  _____5/30/17_____
MICHAEL LOWE                                Date
Attorney for Defendant


**Factual Resume (Bell) - Page 4**