October 10th, 2017

Dear Honorable Judge Means,

My name is Patricia Bell, a mother and school teacher from Arlington, Texas. I felt compelled to write this letter on behalf of my son Jordan Bell. This is the hardest letter I have ever had to write in my entire life. The past six months have been very difficult for our entire family. I feel a complete void in my life and an emptiness that doesn't seem to subside. You see, Jordan is the only child my husband Steve and I have together. We built our lives around him and prepared him for a bright future. We value our family and only want the best for them. Although there are obstacles in our way, it will not stop us from being the most encouraging and loving parents we can be. I wanted you to get to know Jordan as a human being and not just a registration number as you often see. It's quite difficult to get to know a person without truly getting to know them. I want you to know that Jordan is a kind and compassionate person with a giving heart. He has been involved in many community organizations at school and headed up a blanket drive for the homeless when he was in Key Club. He was also President for the Mansfield High Spanish Club as well. One other thing you would never know of him because he never talks or boasts about it is that he is an accomplished pianist. He has competed in many competitions outside of school and at the State level and has many awards he never wanted me to display; but I insisted because I am very proud of his accomplishments. I have played videos of him playing his piano over and over until I couldn't cry anymore. You see, I feel quite haunted each time I walk into his piano room and long to hear him play. Many times, Jordan's father has had to deploy with the USAF overseas (9 times since Jordan was born). Each time my husband deployed, Jordan was expected to watch over me. I can wholeheartedly tell you that he stepped up and made sure I was well taken care of. There were times when I was sick that he completely took over and ensured I didn't need for anything. He took over household responsibilities his Dad normally took care of. My husband will be deploying again next year. It is a trip I dread him taking. I know Jordan worries about his Dad. Another of Jordan's passions is STEM, he loves everything about Math and Science. Jordan has also tutored family and friends in math because math is one of his favorite subjects. Before Jordan's arrest, he was in all honor's classes and just a few weeks shy from graduating with his High School Diploma. He was also accepted into UTA where he planned to pursue a degree in business. He is such a patient person. He even taught me to play piano, never showing frustration no matter how many times I had to replay the notes. I am so very proud of him. Please know that I appreciate you taking the time to read this letter. I know that Jordan regrets the decisions he has made and understands that he must serve time for his mistakes. He has said that he wants to pay back society by continuing to serve his community. It means the absolute world to me that you get to know a little more about my son Jordan.

Thank you,

*Patricia Bell*

Patricia Bell