10 November 2017

Dear Honorable Judge Means,

   I am writing on behalf of my sibling Jordan Bell who is appearing in court on November 14th. I am aware of the charges my brother is facing and I understand the gravity of the situation. However, I would like to express my concern about my brother's sentencing; I understand that Jordan must face consequences for his actions but I would like for him to continue to be treated by his counselor, Dr. Lewis who specializes in rehabilitating sex offenders. The recidivism rate among his patients is exceedingly low and this is one of the reasons why I feel that Jordan's case should be considered thoughtfully. Our family has worked tremendously hard to ensure that my brother has access to resources that will help him in his rehabilitation. I would not be writing this letter if I did not believe in my brother's character. I have forgiven him for what he has done, I am aware of the ways in which he has violated my privacy through photos and videos but I think Jordan is simply a young person who needs help. I would like for our family to continue moving forward. I have visited him several times and we have talked over the phone as well. To me, nothing is more important than family and this is why I am willing to submit my plea and defend him. At the end of the day he is still my sibling and I'm not ready to give up on him.

   Jordan is 8 years younger than me and growing up, I have always felt compelled to look after him and think of his best interests. Jordan has always been a kind and thoughtful sibling with a lot to offer. Although he was young, he has achieved so much in a short amount of time. He has won various state Piano competitions, was the president of Spanish Club at his high school, a member of key club and he has always had a great affinity for music and STEM. Whenever our family was made aware of Jordan's offenses, we were shocked but my parents immediately set my brother up with a counselor. This year has been one of the most difficult years for all of us but we have continued to be a supportive family. I feel that the best way we can prevent further problems is by addressing the root of the problem and recovering from there.

   When I think of the sentencing of my brother I think of what the final outcome will be and how his conviction will follow him for his entire life, anything from finding a job to a place to live will be extremely difficult for Jordan due to his record. I can assure you that my sibling Jordan Bell is deeply regretful for what he has done and understands that there's accountability that must take place. Nonetheless, I would like for my him to get the help he needs to reform himself. I would like to thank you for taking the time to read this letter and I hope that you will consider my plea. Thank you.

Respectfully,

*[signature]*

Sierra Garcia