AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA

V.

JORDAN LEE BELL

**EXHIBIT AND WITNESS LIST**

Case Number: 4:17-CR-058-Y (1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Terry R. Means | Megan J Fahey | Michael C Lowe |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing Hearing 11/14/2017 | Ana Warren | Carmen Bush |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/14/2017 | | | Witness Franklin D Lewis, PhD |
| | 1 | 11/14/2017 | X | X | Dr Lewis Resume (2 pages) |
| | 2 | 11/14/2017 | X | X | Dr Lewis Evaluation of Bell (2 pages) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages