IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | CRIMINAL NO. 4:17-CR-058-Y |
| § | |
| JORDON LEE BELL § | |

## FINAL ORDER OF FORFEITURE

Before the Court is the government's Motion for Final Order of Forfeiture (doc. 47). After review, the Court GRANTS the motion and ENTERS the following final order of forfeiture.

On September 27, 2017, this Court entered an order preliminarily forfeiting defendant Jordan Lee Bell's interest in one Kingwin desktop computer, bearing serial number 006216209707; one Apple iPad, serial number DMTGL72CDFHW; one Apple iPhone, IMEI: 358371067472483; and one SanDisk Ultra Flair 64GB Flash Drive ("the Property"). The forfeiture was based on his conviction of the offense alleged in count one of his indictment and was pursuant to 18 U.S.C. § 2253. Publication of the Property's forfeiture has been completed; notice of the Property's forfeiture has been served; the time for filing petitions under 21 U.S.C. § 853(n) has expired; and no petitions have been filed. Defendant's sentence and judgment of conviction included the forfeiture.

Accordingly, all right, title, and interest to the Property are forfeited to the government to be disposed of according to law.

The Department of Homeland Security (or its designee) shall seize, maintain, and dispose of the Property pursuant to law.

SIGNED January 9, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE
TRM/sbt