**UNITED STATES DISTRICT COURT**
for
NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - No Court Action Recommended

Name of Offender:   Jordan Lee Bell                           Case No.:  4:17-CR-00058-Y(1)

Name of Sentencing Judge:  Senior U.S. District Judge Terry R. Means

Date of Original Sentence:  November 14, 2017

Original Offense:  Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(4)(B)

Original Sentence:  Time Served, Life term of supervised release

Revocations:  None

Type of Supervision:  Supervised Release      Date Supervision Commenced:  November 14, 2017

Assistant U.S. Attorney:  Megan J. Fahey          Defense Attorney:  Michael C. Lowe
                                                                     (Retained)

## Notification To The Court For Cause As Follows:

The probation officer believes that the offender has violated the following condition(s) which require(s) official notification although no Court action is being recommended at this time.

**I.**

**Violation of Standard Condition No. 3**

The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.

**Violation of Additional Condition**

The defendant shall neither possess nor have under his control any pornographic matter or any matter that sexually depicts minors under the age of 18, including, but not limited to, matter obtained through access to any computer and any matter linked to computer access or use.

**Nature of Noncompliance**

Mr. Bell violated these conditions of supervised release when he viewed sexually explicit material. On June 25, 2019, Mr. Bell verbally admitted to Senior U.S. Probation Officer Sara Johnson (Sr. USPO Johnson) to viewing sexually explicit material via a smart television in his bedroom by searching YouTube and Netflix for movies containing nudity, specifically videos of children between the ages of 5 or 6 to 17, receiving massages, as well as individuals stripping and dancing. Mr. Bell admitted to viewing such videos from December 2017 until approximately November 2018. Mr. Bell further admitted to violating these conditions of supervised release by viewing sexually explicit material via an unauthorized smart phone at work, in or about the months of July 2018 until December 2018. He reported watching adult videos through the website 'Pornhub' approximately 3 or 4 times while employed at U-Haul.

Mr. Bell further violated these conditions of supervised release when he submitted sex offender supplemental report forms for the months of December 2017 through May 2019, and was untruthful when answering the question, "Have you viewed any pornography?"

On June 24, 2019, Sr. USPO Johnson attended a treatment staffing at Psychotherapy Services and Yokefellows (PSY) for purposes of discussing Mr. Bell's progress in treatment. Sr. USPO Johnson inquired about Mr. Bell's polygraphs and noted none had been received since he began treatment in January 2018. Sr. USPO Johnson was informed this would be looked in to. Due to this discovery, Sr. USPO Johnson contacted Mr. Bell and instructed him to report to the U.S. Probation Office, Arlington, Texas, to discuss the matter.

The following day, Mr. Bell, along with his father, Steven Bell, met with Sr. USPO Johnson. During the meeting, Mr. Bell admitted he had not submitted to polygraph testing since beginning treatment. He further admitted to the above-mentioned violations. Mr. Bell's father reported removing the smart television from Mr. Bell's room and stated he no longer had access to it or any other unmonitored electronic device. Mr. Bell does have a laptop that is monitored through RemoteCom; however, he was instructed by Sr. USPO Johnson that he is only allowed to have access to the laptop in the living room of his residence and while his parents are present.

On July 2, 2019, Sr. USPO Johnson met with Mr. Bell and his counselor at PSY to discuss the violations. Mr. Bell admitted to the violation behavior and was scheduled to take a polygraph on July 3, 2019, at Wood & Associates. He was also instructed to begin submitting weekly impulse reports to his counselor. Mr. Bell committed to taking sex offender group and homework seriously and attending all scheduled group and individual sessions. Mr. Bell submitted to his scheduled polygraph and it was determined he was being truthful when answering the relevant questions.

The U.S. Probation Office is respectfully requesting no Court action be taken at this time. Mr. Bell's violations and high-risk behaviors are being addressed with his treatment provider and he will continue with polygraph examinations. The U.S. Probation Office will continue to monitor Mr. Bell and report any future violation conduct to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2019

s/Sara Johnson
Senior U.S. Probation Officer
Arlington
Phone: 817-505-4470
Fax: 817-649-5954

Approved,

s/Amber B. Dunn
Supervising U.S. Probation Officer
Phone: 214-753-2487

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer. Please provide a supplemental report on Mr. Bell's July 3, 2019 polygraph results plus the results of any polygraphs he had taken since July 3.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

SIGNED: August 20, 2019.

SJ