# United States District Court
# Northern District of Texas
# Office of the Clerk

UNITED STATES OF AMERICA
V.

JORDAN LEE BELL (1)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 4:17-CR-058-Y

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: 501 W. 10th St., Fort Worth, TX 76102

Room: Courtroom 501

Before: Hon. Terry R. Means

Date: February 11, 2020       Time: 11:00 a.m.

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petiton    ☒ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of conditions of supervised release.


Karen Mitchell, Clerk of Court
Name and Title of Issuing Officer

*M. Moon*
By: Deputy Clerk

January 29, 2020
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me* on:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _____            _____
                    Date                                                                  Name of United States Marshal

                                                                                          _____
                                                                                          (by) Deputy United States Marshal

Remarks:

---

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.