AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me* on: |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Probation Office, 2501 Avenue J, Suite 111, Arlington, Texas 76006

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 4 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: February 4, 2020
           Date

Name of United States ~~Marshal~~ Probation Officer

_[signature]_
(by) ~~Deputy~~ United States ~~Marshal~~ Probation Officer

Remarks:

_[signature]_ Jordan Bew   feb 4, 2020

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

# United States District Court
# Northern District of Texas
# Office of the Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JORDAN LEE BELL (1) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:  4:17-CR-058-Y |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place:  501 W. 10th St., Fort Worth, TX 76102 | Room:  Courtroom 501 |
| Before:  Hon. Terry R. Means | Date:  February 11, 2020     Time:  11:00 a.m. |

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petiton   ☒ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____   United States Code, Section(s) _____

Brief description of offense:

Violation of conditions of supervised release.


Karen Mitchell, Clerk of Court
_____
Name and Title of Issuing Officer

*M. Moon*
By: Deputy Clerk

January 29, 2020
_____
Date