IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | 4:17-CR-58-Y |
| | § | |
| JORDAN LEE BELL,<br>　　Defendant. | §<br>§ | E.C.F. |

**UNOPPOSED MOTION TO CONTINUE
THE REVOCATION OF SUPERVISED RELEASE**

Comes now the Defendant, Jordan Lee Bell, ("Mr. Bell"), by his counsel, Assistant Federal Public Defender Brook Antonio, hereby moves this Court to grant a continuance of the revocation hearing for supervised release by three weeks. In support, undersigned counsel shows the following:

1. This case is currently scheduled for a revocation of supervised release on February 11, 2020. Undersigned counsel is currently out of the office on a recruiting trip at the Public Interest Law Center in New York. Counsel will need time to meet with Mr. Bell, to investigate the allegations, and to prepare for the pending hearing.

2. Undersigned counsel certifies to this Court that this Motion is not made for purposes of simply delaying the revocation hearing.

3. Undersigned counsel has conferred with Assistant United States Attorney Levi Thomas, and he is unopposed to the relief requested herein.

4. Mr. Thomas also advised counsel that he has no conflicts within the next 30 days.

5. Counsel for the defendant has no potential conflicts either.

**WHEREFORE**, counsel for Mr. Bell respectfully requests that this Court continue the revocation hearing in this matter to the next available date the Court deems appropriate.

Respectfully submitted,

*/s/ Brook Antonio*
BROOK ANTONIO
Assistant Federal Public Defender
D.C. Bar No. 1017719
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
817.978.2753 Tel.
817.978.2757 fax

## CERTIFICATE OF CONFERENCE

I certify that on February 7, 2020, I conferred with Assistant United States Attorney Levi Thomas concerning the foregoing motion and he does not oppose the relief requested herein.

*/s/ Brook Antonio*
BROOK ANTONIO
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I further certify that on February 7, 2020, I electronically filed the foregoing document with the Clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the attorney(s) of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Brook Antonio*
BROOK ANTONIO
Assistant Federal Public Defender
