MO-6 (3/07)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
_Fort Worth_ DIVISION

HONORABLE _Terry R. Means, Presiding_  ~~PRESIDING~~ COURT REPORTER/TAPE: _Debbie Saenz_
DEPUTY CLERK _Michelle Moon_  USPO _Sara Johnson_
LAW CLERK _____  INTERPRETER _____

CR. No. _4:17-CR-058-Y_  DEFT. No. _(1)_

UNITED STATES OF AMERICA  §  _Shawn Smith,_ AUSA
v.  §
JORDAN LEE BELL  §  _Jaidee Serrano, (F)_
Defendant's Name  Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

REVOCATION OF ~~PROBATION~~/ SUPERVISED RELEASE

Revocation of: [ ] Probation [X] Supervised Release

**FILED**
**February 25, 2020**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Date Held: _2-25-20_
Time in Court: _27 mins._
Days in Trial: _____
Hearing Concluded: [X] Yes [ ] No

Revocation of Supervised Release  (Fill out only if regarding revocation of supervised release)

Hearing Type: [X] Supervised Release - Evidentiary [ ] Supervised Release - Non-evidentiary
Trial Status: [ ] Completed by Jury Verdict [ ] Continued from Previous Month [ ] Directed Verdict [ ] Evidence Entered
[ ] Hung Jury [ ] Jury Selection Only, continued [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
[ ] Mistrial [ ] Settled/Guilty Plea [ ] None

[X] ........ Sentencing Guidelines
[X] ........ Deft enters a plea of [X] True [ ] Not True as to Conditions _as charged._
[X] ........ Court finds deft [X] has [ ] has not violated terms of ~~probation.~~ supervised release.
[X] ........ ~~Probation~~/Supervised Release [X] revoked [ ] reinstated [ ] modified

[X] ........ SENTENCE TEXT: Supervised Release term of Life imposed under the same conditions as set out in the Judgment in this case entered November 14, 2017 plus any conditions added or modified since the date of sentencing.

[X] ........ Time to serve _24 months_.
[ ] ........ Count(s) _____ dismissed on government's motion.
[ ] ........ Deft ordered to surrender to the U.S. Marshal on _____.
[X] ........ Deft ordered to surrender to the designated institution on _May 18, 2020_.
[ ] ........ Deft failed to appear, bench warrant to issue.
[ ] ........ Bond continued.; cont'd on current conditions of release.
[ ] ........ Deft Custody/Detention continued.
[ ] ........ Deft REMANDED to custody.
[ ] ........ Deft released from custody.

OTHER PROCEEDINGS: _Defendant's Exhibits A, B, C admitted._