# United States District Court

Northern District of Texas
Fort Worth Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | for revocation of supervised release |
| v. | |
| | Case number: 4:17-CR-058-Y (1) |
| JORDAN LEE BELL | Shawn Smith, assistant U.S. attorney |
| | Jaidee Serrano, attorney for the defendant |

On February 25, 2020, a hearing was held, at which time the Court determined that the defendant, Jordan Lee Bell, had violated his conditions of supervised release. Accordingly, the defendant is adjudged guilty of such violations, which involve the following conditions:

| CONDITION | NATURE OF VIOLATION | VIOLATION CONCLUDED |
| --- | --- | --- |
| Standard condition no. 3 | Viewing sexually explicit material | December 2017 through November 2018; October 2019 through December 2019 |
| Addition condition | Answering untruthfully inquiry by the probation officer | December 2017 through May 2019; October 2019 through December 2019 |
| Additional condition | Accessing and creating user accounts on Tumblr, YouTube, GroupMe, and LinkedIn, social media networking websites, without permission | October 2019 through December 2019 |

The defendant is sentenced as provided in pages one through two of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant shall notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed February 25, 2020.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed February 28, 2020.

**IMPRISONMENT**

The defendant, Jordan Lee Bell, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 24 months, pursuant to USSG § 7B1.4(a), p.s.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on May 18, 2020, as notified by the United States marshal or as notified by the probation office.

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant shall return to supervised release under the same conditions as were set out in the Judgment in a Criminal Case in this case, no. 4:17-CR-058-Y (1), on November 14, 2017, plus any conditions added or modified since the date of sentencing. This term of supervised release is for the defendant's natural life.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

_____
United States marshal

BY  _____
    deputy marshal