UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:17-CR-058-Y (1) |
| | § | |
| JORDAN LEE BELL | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant JORDAN LEE BELL, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY:  s/Jaidee Serrano
         JAIDEE SERRANO
Asst. Federal Public Defender
CA State Bar No.  300352
819 Taylor Street, Room 9A10
Fort Worth, TX  76102
(817) 978-2753
(817) 978-2757 FAX

## CERTIFICATE OF SERVICE

I, Jaidee Serrano, hereby certify that on this the 6th day of March 2020, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the United States Attorney.

s/Jaidee Serrano
JAIDEE SERRANO