IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:17-CR-058-Y |
| JORDAN LEE BELL (01) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER REPORT DATE

The United States Attorney for the Northern District of Texas submits the following response to defendant Jordan Lee Bell's Motion to Extend Self-Surrender Report Date.

In light of the defendant's medical condition and the current crisis surrounding COVID-19, the United States would defer to the Court on whether to extend the defendant's reporting date to the Federal Bureau of Prisons. The Final Revocation Hearing was held approximately two and a half months ago. Undersigned counsel is unaware of any violations of conditions of release by the defendant since that time.

Assuming the defendant has not further violated any conditions of release since that hearing, the United States is not opposed to extending the defendant's reporting date further.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

s/ *Levi Thomas*
LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:    817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Assistant Federal Public Defender Brook Antonio.

s/ *Levi Thomas*
LEVI THOMAS
Assistant United States Attorney