IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:17-CR-058-Y |
| | § | |
| JORDAN LEE BELL (1) | § | |

ORDER PARTIALLY GRANTING UNOPPOSED
MOTION TO EXTEND SELF-SURRENDER DATE

    Before the Court is Defendant's Unopposed Motion to Extend Self-Surrender Report Date (doc. 74) filed May 7, 2020. The motion is PARTIALLY GRANTED. Accordingly, Jordan Lee Bell shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on Friday, May 29, 2020, as notified by the United States marshal or as notified by the probation office.

    SIGNED May 14, 2020.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE