# United States Court of Appeals
# for the Fifth Circuit

No. 20-10254

**FILED**
April 5, 2021
Lyle W. Cayce
Clerk

United States of America,

        *Plaintiff—Appellee*,

*versus*

Jordan Lee Bell,

        *Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:17-CR-58-1

Before Jones, Clement, and Graves, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED AS MODIFIED.



Certified as a true copy and issued
as the mandate on Apr 27, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CTJ

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

RECEIVED
APR 28 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 27, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 20-10254    USA v. Bell
                         USDC No. 4:17-CR-58-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Charles B. Whitney, Deputy Clerk
                                      504-310-7679

cc:
    Mr. Brandon Elliott Beck
    Mr. Kevin Joel Page
    Ms. Leigha Amy Simonton